NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES LEON,                                  )
                                             )
          Appellant,                         )
                                             )
v.                                           )          Case No. 2D17-3898
                                             )
ERIKA LEON,                                  )
                                             )
          Appellee.                          )
_____ )

Opinion filed April 27, 2018.

Appeal from the Circuit Court for Pinellas
County; Keith Meyer, Judge.

James Leon, pro se.

Erika Leon, pro se.

PER CURIAM.

          Affirmed.

NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.